## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.** |
| v. | : | **VIOLATIONS:** |
| | : | |
| | : | (18 U.S.C. 1752(a)(1) |
| | : | (Entering or Remaining in Restricted Building or Grounds) |
| | : | |
| | : | Case: 1:17-cr-00132 |
| **ALICIA C. KEPPLER** | : | Assigned To : Leon, Richard J. |
| **Defendant.** | : | Assign. Date : 7/5/2017 |
| | | Description: Information A |

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about July 4, 2017, in the District of Columbia, the defendant, **ALICIA C. KEPPLER**, did knowingly enter and remain in a restricted building and grounds, that is, the White House grounds, without lawful authority to do so.

**(Entering or Remaining in Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

CHANNNG D. PHILLIPS
United States Attorney

BY: _____
ARI B. REDBORD
Assistant United States Attorney
D.C. Bar 476998
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7018
ari.redbord@usdoj.gov